It is therefore ordered that the appeal be, and the same is, dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## DIXON v. STATE.
### No. 19222.

Court of Criminal Appeals of Texas.

Dec. 1, 1937.

E. B. Chambers, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft by bailee; the punishment, a fine of $5 and confinement in jail for five days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## PARRISH v. STATE.
### No. 19219.

Court of Criminal Appeals of Texas.

Dec. 1, 1937.

J. A. Johnson, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Theft of a hog is the offense, with punishment fixed at two years in the penitentiary.

The indictment appears regular, and the record is before us without a statement of facts or bills of exception. The judgment and sentence of the court follow the verdict of the jury, and seem to be in proper form.

The judgment is affirmed.